IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDRE STEVENSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | No. 3:14-CV-2499-K |
| | § | |
| FEDERAL DEPOSIT INSURANCE CORPORATION and BANK OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

SO ORDERED.

Signed August 21st, 2015.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE